# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BILLY H. WALLACE,<br><br>    Plaintiff,<br><br>v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEP'T, et al.,<br><br>    Defendants. | Case No. EDCV 08-000868 SGL (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the attached Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: May 21, 2009

_____
STEPHEN G. LARSON
United States District Judge