UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BILLY H. WALLACE,<br><br>         Plaintiff,<br><br>    v.<br><br>SAN BERNARDINO COUNTY<br>SHERIFF'S DEP'T, et. al.,<br><br>         Defendants. | Case No. EDCV 08-00868 SGL (AJW)<br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: May 21, 2009

*/s/ S.G. Larson*

_____
STEPHEN G. LARSON
United States District Judge